FILED

07 DEC 27 PM 12:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'07 CR 3477 L

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| JUAN VALDERRAMA-ORTIZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about November 15, 2007, within the Southern District of California, defendant JUAN VALDERRAMA-ORTIZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act

//

//

CPH:fer:San Diego
12/21/07

to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JUAN VALDERRAMA-ORTIZ was removed from the United States subsequent to August 7, 2007.

DATED: December 27, 2007.

A TRUE BILL:

*Thomas R. Lynn*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *Caroline Han*
CAROLINE P. HAN
Assistant U.S. Attorney

2