FILED
07 DEC 27 PM 12:16
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3477 L |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JUAN VALDERRAMA-ORTIZ, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Juan Valderrama-Ortiz</u>, Criminal Case No. 07CR3334-L.

DATED: December 27, 2007.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney